tiorari to the Supreme Court of New Jersey denied. *Mr. George S. Hobart* for petitioner. *Mr. Jerry A. Mathews* for respondents.

No. 292. GLOGORA COAL CO. *v.* CHESAPEAKE & OHIO RY. CO. October 9, 1933. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied. *Mr. Thomas L. Pogue* for petitioner. *Mr. C. W. Strickling* for respondent.

No. 296. DARCEY *v.* O'BRIEN, TRUSTEE. October 9, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. James O. D. Moran* for petitioner. *Messrs. Norman B. Landreau, Lambert O'Donnell,* and *Thomas W. O'Brien* for respondent.

No. 297. SHEER PHARMACAL CORP. *v.* DONNER. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Richard A. Jones* for petitioner. *Messrs. Lynn A. Williams* and *Thomas H. Sheridan* for respondent.

No. 299. MARLAND *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the Court of Claims denied. *Messrs. S. W. Hayes, David A. Richardson,* and *Eugene Jordan* for petitioner. *Solicitor General Biggs* and *Assistant Attorney General Wideman* for the United States. See also 53 F. (2d) 907.